HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
MICHAEL PITRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | E.D. Cal. Case No. 2:20-cr-0231-KJM |
| Plaintiff, | |
| v. | ORDER TO SACRAMENTO COUNTY ADULT CORRECTIONAL HEALTH FOR RELEASE OF CLIENT MEDICAL RECORDS |
| MICHAEL PITRE, | |
| Defendant. | |
| | Judge: Kimberly J. Mueller |

The Court hereby ORDERS Sacramento County Adult Correctional Health, the holder of Michael Pitre's medical records at the Sacramento County Main Jail, to provide a copy of those records to defense counsel in this case, Assistant Federal Defender Megan T. Hopkins, within 48 hours of receipt of this Order. Mr. Pitre's reference number at the jail is X-5337578. Defense counsel shall provide a copy of this Order to Sacramento County Adult Correctional Health to obtain copies of Michael Pitre's medical records.

Dated: January 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE