| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700; F: (916) 498-5710 |
| 5 | |
| 6 | Attorneys for Defendant |
| | MICHAEL PITRE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-00231-KJM |
|---|---|
| | ) |
| Plaintiff, | ) **STIPULATION REQUESTING CHANGE OF** |
| | ) **PLEA HEARING AND REQUEST TO APPEAR** |
| vs. | ) **VIA VIDEO-TELECONFERENCE** |
| | ) |
| MICHAEL PITRE, | ) Date: June 14, 2021 |
| | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |
| | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Adrian Kinsella, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Michael Pitre, that the status conference currently set for June 28, 2021 be advanced to June 14, 2021, at 9:00 a.m., for a change of plea hearing before the Honorable Kimberly J. Mueller.

Furthermore, Mr. Pitre requests, and the parties so stipulate, that his personal appearance be waived and that the hearing take place by way of video-teleconference. On March 30, 2020, this Court issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

The parties hereby stipulate that the change of plea hearing in this matter cannot be further delayed without serious harm to the interests of justice, within the meaning of General Order 614 and subsequent General Orders.

Mr. Pitre, having been advised of his right to appear in person for his change of plea, as well as of the ability to waive his personal appearance and appear via video-teleconference, has elected to waive his right to personally appear at his June 14, 2021 change of plea hearing, and instead requests to appear via video-teleconference.

Finally, Mr. Pitre consents to counsel signing this waiver on his behalf, pursuant to General Order 616. He stipulates that 1) obtaining his wet signature is both impractical and imprudent, given the pandemic; 2) he has had an opportunity to consult with counsel regarding this matter; and 3) after said consultation, he consents to his counsel signing this stipulation and proposed order electronically on his behalf.

Respectfully submitted,

Date: June 4, 2021
/s/ Michael Pitre
MICHAEL PITRE
DEFENDANT


HEATHER E. WILLIAMS
Federal Defender


Date: June 4, 2021
/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
MICHAEL PITRE


Date: June 4, 2021
PHILIP A. TALBERT
Acting United States Attorney

/s/ Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney

**O R D E R**

The Court, having received and considered the parties' stipulation regarding the request to advance the June 28, 2021 status conference for a change of plea on June 14, 2021, and the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby advances the hearing as requested and sets a change of plea hearing for Monday, June 14, 2021, at 9:00 a.m. The Court further orders that the defendant's electronic signature is accepted pursuant to General Order 616, and that his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the June 14, 2021 change of plea hearing is GRANTED.

IT IS SO ORDERED.

DATED: June 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Stip re Advancement for Change of Plea Hearing, Waiver of Personal Appearance and Request to Appear Via Video-Teleconference

-3-

*United States v. Pitre*, 2:20-cr-00231-KJM